

SO ORDERED,

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: April 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**ASHLEY MARIE DAVIS**                                         CASE NO. 20-50319 KMS

**DEBTOR .**                                                              CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Motion to Dismiss Debtor for Non-Payment filed by the Trustee (the "Motion") (Dkt. #54) and the Court having considered the facts herein, finds that the hearing on April 17, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for May 22, 2025, at 10:30 a.m., in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841