___



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    ASHLEY MARIE DAVIS,
          DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 20-50319-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON TRUSTEE'S
## MOTION TO DISMISS

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Dismiss (Docket No. 54), and the Trustee reports the concerns set out in his Motion have been resolved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Motion is moot and withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

–2–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net