United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 20-50319-KMS

Ashley Marie Davis                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                              Page 1 of 2

Date Rcvd: May 05, 2025                   Form ID: pdf012                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

**Recip ID          Recipient Name and Address**
db                    + Ashley Marie Davis, 748 JD Broome Rd, Sumrall, MS 39482-3593

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

**Name**                              **Email Address**

Andrew Roberts Norwood
                                      on behalf of Creditor IRS - US ATTY drew.norwood@usdoj.gov  karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov

David Rawlings
                                      ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                                      on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Jillian Laura Guin White
                                      on behalf of Creditor Vanderbilt Mortgage and Finance  Inc. jwhite@rosenharwood.com, BKNotice@rosenharwood.com

Samuel J. Duncan
                                      on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                                      on behalf of Debtor Ashley Marie Davis trollins@therollinsfirm.com
                                      jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea

District/off: 0538-6                    User: mssbad                              Page 2 of 2
Date Rcvd: May 05, 2025                 Form ID: pdf012                           Total Noticed: 1

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 7



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        ASHLEY MARIE DAVIS,
              DEBTOR(S)

                                          CHAPTER 13 BANKRUPTCY
                                          CASE NO. 20-50319-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S
### <u>MOTION TO DISMISS</u>

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Dismiss (Docket No. 54), and the Trustee reports the concerns set out in his Motion have been resolved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Motion is moot and withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

–1–

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net

–2–