**Fill in this information to identify the case:**

Debtor 1  Ashley Marie Davis

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi
(State)

Case number  20-50319

---

Form 4100R

# Response to Notice of Final Cure Payment                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Vanderbilt Mortgage and Finance, Inc.

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 4 3

**Property address:** 748 J D Broome Rd
Number    Street

Sumrall                         MS        39482
City                            State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  03 / 01 / 2025
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ _____

c. **Total**. Add lines a and b.                                             (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        ___ / ___ / ___
                                              MM / DD / YYYY

---

Form 4100R                           Response to Notice of Final Cure Payment                          page **1**
Revised 12/2015

| Debtor 1 | Ashley Marie Davis | Case number (if known) 20-50319 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☑ I am the creditor.
☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ 
Signature

Date  05 / 16 / 2025

Print: Caitlyn   Cogswell
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: Vanderbilt Mortgage and Finance, Inc.

If different from the notice address listed on the proof of claim to which this response applies:

Address: 500 Alcoa Trail
Number   Street

Maryville   TN   37804
City   State   ZIP Code

Contact phone ( 865 ) 380 – 3000

Email: caitlyn.cogswell@vmf.com



PO Box 9800
Maryville, TN 37802

500 Alcoa Trail
Maryville, TN 37804

RETURN SERVICE REQUESTED

May 16, 2025

# CERTIFICATE OF SERVICE

I, Caitlyn Cogswell, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Response to Notice of Final Cure Payment either by electronic case filing or by United States mail postage pre-paid to the following:

Ashley Marie Davis
748 J D Broome Rd
Sumrall, MS 39482-3593

Thomas Carl Rollings, JR
Attorney for the Debtor
Notified by Electronic Case Filing

David Rawlings
Chapter 13 Trustee
Notified by Electronic Case Filing

/s/ Caitlyn Cogswell

*Caitlyn Cogswell*

**Toll Free: 800.970.7250 ● Phone: 865.380.3000 ● Fax: 865.380.3750 ● www.VMF.com ● NMLS # 1561**
**Office Hours: Monday – Thursday, 8:30 AM to 8:00 PM and Friday, 8:30 AM to 5:30 PM (ET)**

Page **1** of **1**