United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 20-50319-KMS
Ashley Marie Davis Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 3
Date Rcvd: Nov 13, 2025     Form ID: n019a     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley Marie Davis, 748 JD Broome Rd, Sumrall, MS 39482-3593 |
| 4848789 | + | Gateway One Lending, 160 N Riverview Dr, Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Nov 13 2025 19:29:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 13 2025 19:30:00 | Vanderbilt, PO Box 9800, Maryville, TN 37802-9800 |
| 4886705 | + | Email/Text: bncmail@w-legal.com | Nov 13 2025 19:30:00 | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 4848783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 19:31:08 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4857250 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 19:31:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4848784 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 13 2025 19:29:00 | Cash Net USA, 200 West Jackson Blvd, 14th Floor, Chicago, IL 60606-6929 |
| 4863114 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Nov 13 2025 19:29:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 4848785 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 13 2025 19:30:08 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 4848787 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 19:31:09 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4848786 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2025 19:31:18 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4848791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2025 19:30:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4848788 | | Email/Text: Bankruptcy.Consumer@dish.com | Nov 13 2025 19:29:00 | Dish Network, PO Box 105169, Atlanta, GA 30348-5169 |
| 4848790 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 13 2025 19:30:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 4848792 | + | Email/Text: ebone.woods@usdoj.gov | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: n019a | Total Noticed: 31 |

| Recip ID | | Bypass/Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 13 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4848793 | | Email/Text: greg.thompson@leapcredit.com | Nov 13 2025 19:29:00 | Leap Credit, 3348 Peachtree Rd NE, Atlanta, GA 30326 |
| 4884543 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 19:31:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4848794 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2025 19:30:00 | Midland Credit Managem, 8875 Aero Dive, San Diego, CA 92123-2255 |
| 4878893 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2025 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 4848795 | + | Email/Text: bankruptcy@moneykey.com | Nov 13 2025 19:29:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 4900611 | + | Email/Text: stephenbinning@ymail.com | Nov 13 2025 19:30:00 | PERSONAL FINANCE, LLC, 1835 HARDY STREET, HATTIESBURG, MS 39401-4914 |
| 4868553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 19:31:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4870277 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2025 19:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4848796 | + | Email/Text: bankruptcy@ldf-holdings.com | Nov 13 2025 19:30:00 | Radient Cash, P.O. Box 1183, Lac Du Flambe, WI 54538-1183 |
| 4885998 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 13 2025 19:30:00 | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5046569 | + | Email/Text: bncmail@w-legal.com | Nov 13 2025 19:29:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 4848797 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 19:31:17 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4848798 | ^ | MEBN | Nov 13 2025 19:25:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4848799 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 13 2025 19:30:00 | Vanderbilt Mortgage, 500 Alcoa Trail, Maryville, TN 37804 |
| 4851765 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Nov 13 2025 19:30:00 | Vanderbilt Mortgage and Finance, Inc., Po Box 9800, Maryville, TN 37802-9800 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | IRS - US ATTY |
| cr | *P++ | VANDERBILT MORTGAGE AND FINANCE INC, P O BOX 9800, MARYVILLE TN 37802-9800, address filed with court:, Vanderbilt Mortgage, 500 Alcoa Trail, Maryville, TN 37804 |
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., Po Box 9800, Maryville, TN 37802-9800 |
| 4902114 | *+ | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: n019a | Total Noticed: 31 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Roberts Norwood | on behalf of Creditor IRS - US ATTY drew.norwood@usdoj.gov  karlotta.banks@usdoj.gov;ebone.woods@usdoj.gov |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Jillian Laura Guin White | on behalf of Creditor Vanderbilt Mortgage and Finance  Inc. jwhite@rosenharwood.com, BKNotice@rosenharwood.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Ashley Marie Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form n019a−closnodc3 (4/2022)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 20−50319−KMS
**Chapter:** 13

**In re:**

Ashley Marie Davis
fka Ashley Marie Donald
748 JD Broome Rd
Sumrall, MS 39482

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

xxx−xx−8393

Employer's Tax Identification No(s). (if any):

## Notice of Case Closing Without Entry of Discharge

**Notice is hereby given** that the above−referenced bankruptcy case ("Bankruptcy Case") has been closed without the Debtor receiving a discharge.

If the Debtor(s) subsequently files a motion to reopen the Bankruptcy Case to request that the Court enter an Order of Discharge, the Debtor(s) must pay the filing fee for filing such a motion.

Date: November 13, 2025

Danny L. Miller, Clerk of Clerk
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790